IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SAFETREE CONSULTING, and
DAMON CHARLES WILLIAMS,

    Petitioner,

v.                                                           No. 1:21-cv-00317-KWR-JFR

MATTHEW PATRICK ADAMS,

    Respondent.

## ORDER TO CURE DEFICIENCY

**THIS MATTER**[1] comes before the Court on Petitioner's Motion to Confirm Arbitration Award (Doc. 1). The filing is deficient because Petitioner failed to prepay the $402 filing fee, or alternatively, file a motion to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(2). Petitioner must cure this deficiency within thirty (30) days of entry of this Order. All filings must include the case number (21-cv-317 KWR-JFR). The failure to timely comply with this Order will result in dismissal of this case without further notice.

**IT IS ORDERED** that within thirty (30) days of entry of this Order, Petitioner must prepay the $402 filing fee, or alternatively, file a motion to proceed *in forma pauperis*.

**IT IS FURTHER ORDERED** the Clerk's Office shall **MAIL** Petitioner a form motion to proceed *in forma pauperis.*

**IT IS FINALLY ORDERED** that failure to timely comply with this order will result in dismissal of this case without further notice.

---

[1] This matter was originally filed as a miscellaneous case, 20-mc-25. However, it should have been filed as a civil case, which is how Petitioner's other similar motions to confirm arbitration award have been filed. *See, e.g., Damon Charles Williams v. Cook County et. al*, 1:20-cv-759 (N.D. Ill.); *Damon Charles Williams* v. *Kelly Laimana et al*., 8:20-cv-01110-DOC-ADS (C.D. Cal.).

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**